

**JOHN G. ALBANESE** / *SHAREHOLDER*
d 612.594.5997  m 202.714.9155 | jalbanese@bm.net

June 22, 2022

**VIA CM/ECF**
Hon. Vernon S. Broderick
U.S. District Judge
United States District Court
Southern District of New York

**Re:** *Grissom v. Sterling Infosystems, Inc.*, No. 1:20-cv-07948-VSB

Your Honor,

Plaintiff Grace Grissom ("Plaintiff"), jointly with Defendant Sterling Infosystems, Inc. ("Defendant") (together, the "Parties"), write pursuant to Individual Rules & Practices, to respectfully request the Court stay the above-referenced matter pending mediation.

The Parties believe that they have now conducted sufficient data discovery to mediate this matter. The Parties have agreed to mediate with Judge Diane Welsh (Ret.) of JAMS Philadelphia and are working to schedule a full day mediation in September or October 2022. The Parties believe that a stay of the discovery schedule in this matter will allow the Parties to conserve resources and fully focus their efforts on settlement negotiations.

The Parties therefore request the Court stay the case schedule, and by no later than November 1, 2022, the Parties will provide a status update to the Court regarding whether mediation was productive, or if an amended case schedule should be implemented for going forward litigation. There have been no prior requests to stay this matter.

Sincerely,

/s/John G. Albanese
John G. Albanese
*Counsel for Plaintiff*

/s/John Drury
John Drury
*Counsel for Defendant*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  06/23/22

This action is hereby stayed. The parties must file a joint status report by no later than November 1, 2022.

1229 TYLER STREET NE, SUITE 205
MINNEAPOLIS, MN 55413
612.594.5999 | BERGERMONTAGUE.COM