

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018

**T** (212) 218-5500
**F** (212) 218-5526

rszyba@seyfarth.com
T (212) 218-3351

www.seyfarth.com

January 30, 2023

<u>**VIA ECF**</u>

Hon. Vernon S. Broderick, U.S.D.J.
U.S. District Court for the Southern District of N.Y.
40 Foley Square
New York, New York 10007

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon Broderick
> VERNON S. BRODERICK
> U.S.D.J.   01/31/2023
>
> This action will remain stayed through February 22, 2023.

**Re:**   ***Grissom v. Sterling Infosystems, Inc.*,**
<u>**Case No. 1:20-cv-07948-VSB (S.D.N.Y.)**</u>

Dear Judge Broderick:

Plaintiff Grace Grissom ("Plaintiff"), jointly with Defendant Sterling Infosystems, Inc. ("Sterling") (together, the "Parties"), write the Court to respectfully request an additional three weeks to finalize their written class settlement agreement, proposed class notice papers, and motion for preliminary approval and related papers.

On December 15, 2022, the Parties advised the Court that the Parties had reached a settlement in principle to resolve this matter on a class-wide basis. The Parties advised the Court that they anticipated filing the preliminary approval motion and associated papers by February 1, 2023. On December 16, 2022, the Court entered a memo endorsement continuing to stay all proceedings and setting February 1, 2023 as the date for filing of the preliminary approval papers.

The Parties have diligently worked to prepare the written class settlement agreement and related papers, but require additional time to finalize all of the papers necessary to move for preliminary approval of their class settlement.

Therefore, the Parties respectfully request a three-week extension of time, through and including February 22, 2023, in which to file the preliminary approval motion and all other related papers. The Parties further request that the stay be further extended through February 22, 2023.

Sincerely,

/s/ *John G. Albanese*

John G. Albanese
Counsel for Plaintiff

/s/ *Robert T. Szyba*

91665810v.1

Robert T. Szyba
Counsel for Defendant