UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GRACE GRISSOM, individually and on behalf of those similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>STERLING INFOSYSTEMS, INC.,<br><br>　　　　　　　Defendant. | Case No.: 1:20-cv-07948<br><br>**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiff Grace Grissom ("Plaintiff"), individually and on behalf of the proposed Settlement Classes, respectfully moves the Court for preliminary approval of the proposed class action Settlement with Defendant Sterling Infosystems, Inc. ("Defendant"). Plaintiff respectfully requests the Court: (1) preliminarily approve the proposed Settlement, (2) certify the Settlement Classes for settlement purposes, (3) direct notice to be distributed to the Settlement Classes, and (4) schedule a final approval hearing. Defendant does not oppose the relief sought in this Motion.

Dated: February 28, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/ E. Michelle Drake
　　　　　　　　　　　　　　　　　　　　E. Michelle Drake*
　　　　　　　　　　　　　　　　　　　　John G. Albanese*
　　　　　　　　　　　　　　　　　　　　BERGER MONTAGUE PC
　　　　　　　　　　　　　　　　　　　　1229 Tyler Street NE, Suite 205
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55413
　　　　　　　　　　　　　　　　　　　　Tel: (612) 594-5933
　　　　　　　　　　　　　　　　　　　　Fax: (612) 584-4470
　　　　　　　　　　　　　　　　　　　　Email: emdrake@bm.net
　　　　　　　　　　　　　　　　　　　　　　　　jalbanese@bm.net
　　　　　　　　　　　　　　　　　　　　*pro hac vice*

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

1