UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GRACE GRISSOM, individually and on behalf of those similarly situated,<br><br>     Plaintiff,<br><br>  -against-<br><br>STERLING INFOSYSTEMS, INC.,<br><br>     Defendant. | Case No.: 1:20-cv-07948-VSB<br><br>**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

  Plaintiff Grace Grissom ("Plaintiff") respectfully moves the Court for an Order granting final approval of the parties' settlement. Defendant Sterling Infosystems, Inc. does not oppose the relief sought in this Motion.

Dated: April 23, 2025

                Respectfully submitted,

                */s/John G. Albanese*
                E. Michelle Drake*
                John G. Albanese*
                BERGER MONTAGUE PC
                1229 Tyler Street NE, Suite 205
                Minneapolis, MN 55413
                Tel: (612) 594-5933
                Fax: (612) 584-4470
                Email: emdrake@bm.net
                    jalbanese@bm.net
                **pro hac vice*

                *Counsel for Plaintiff*